No. 24-13505

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

KARON WARREN, DEBORAH KAPLAN, KIMBERLY KAVIN, and
JENNIFER SINGER,

Plaintiffs-Appellants,

v.

UNITED STATES DEPARTMENT OF LABOR; JULIE SU, as the
acting U.S. Secretary of Labor; ADMINISTRATOR JESSICA LOOMAN,
as the head of the U.S. Department of Labor's Wage and Hour Division;
and U.S. DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION,

Defendants-Appellees.

---

On Appeal from the United States District Court
for the Northern District of Georgia, Gainesville Division,
Case No. 2:24-CV-0007-RWS
The Honorable Richard W. Story

---

## APPELLANTS' RESPONSE TO
## APPELLEES' MOTION TO HOLD IN ABEYANCE

---

EDWARD BEDARD
Robbins Alloy Belinfante Littlefield
LLC
500 14th Street, NW
Atlanta, Georgia 30318
Telephone: (404) 856-3263
Fax: (404) 856-3255
ebedard@robbinsfirm.com

WILSON C. FREEMAN
LUKE A. WAKE
SAMANTHA ROMERO
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
wfreeman@pacificlegal.org
lwake@pacificlegal.org
sromero@pacificlegal.org

*Attorneys for Plaintiffs-Appellants*

**No. 24-13505 – Warren, et al. v. U.S. Department of Labor, et al.**

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Eleventh Circuit Rules 26.1-1 and 26.1-2, the following are the trial judge(s), attorneys, and persons, associations of persons, etc., that have an interest in the outcome of this case or appeal:

American Trucking Associations, Amicus Curiae in Support of Appellants

Associated Builders and Contractors, Inc., Amicus Curiae in Support of Appellants

Associated Builders and Contractors of Southeast Texas, Inc., Amicus Curiae in Support of Appellants

Chamber of Commerce of the United States of America, Amicus Curiae in Support of Appellants

Coalition for Workforce Innovation, Amicus Curiae in Support of Appellants

Economic Policy Institute, Amicus Curiae in Support of Defendants

Farmworker Justice, Amicus Curiae in Support of Defendants

Financial Services, Inc., Amicus Curiae in Support of Appellants

Freeman, Wilson C., Counsel for Plaintiffs/Appellants

Greenamyre, Zack, Counsel for Amici Curiae National Employment Law Project and Public Citizen

Kaplan, Deborah, Plaintiff/Appellant

Kavin, Kimberly, Plaintiff/Appellant

Kilberg, Andrew G.I., Counsel for Amicus Curiae Financial Services Institute, Inc.

Kirkpatrick, Michael T., Counsel for Amici Curiae National Employment Law Project and Public Citizen

Looman, Jessica, Administrator of the U.S. Department of Labor's Wage and Hour Division, Defendant/Appellee

National Employment Law Project, Amicus Curiae in Support of Defendants

National Federation of Independent Business, Inc., Amicus Curiae in Support of Appellants

National Retail Federation, Amicus Curiae in Support of Appellants

Maloney, Stephanie A., Counsel for Amicus Curiae Chamber of Commerce of the United States of America

Mendro, Jason J., Counsel for Amicus Curiae Financial Services Institute, Inc.

Olson, Lisa A., Trial Counsel for Defendants

Public Citizen, Amicus Curiae in Support of Defendants

Public Justice Center, Amicus Curiae in Support of Defendants

Raab, Michael S., Counsel for Defendants/Appellees

REAL Women in Trucking, Amicus Curiae in Support of Defendants

Restaurant Opportunity Centers United, Amicus Curiae in Support of Defendants

Romero, Samantha R., Counsel for Plaintiffs/Appellants

Samburg, Mark B., Counsel for Amici Curiae Public Justice Center, Farmworker Justice, Restaurant Opportunity Centers United, REAL Women in Trucking, Service Employees International Union, and Economic Policy Institute

Scalia, Eugene, Counsel for Amicus Curiae Financial Services Institute, Inc.

Service Employees International Union, Amicus Curiae in Support of Defendants

Singer, Jennifer, Plaintiff/Appellant

Su, Julie, as acting U.S. Secretary of Labor, Defendant/Appellee

Story, Richard W., Senior United States District Judge

Von Bokern, Jordan L., Counsel for Amicus Curiae Chamber of Commerce of the United States of America

United States Department of Labor, Defendant/Appellee

United States Department of Labor, Wage and Hour Division, Defendant/Appellee

Utrecht, Jennifer, Counsel for Defendants/Appellees

Wake, Luke A., Counsel for Plaintiffs/Appellants

Warren, Karon, Plaintiff/Appellant

Webster, Leigh Ann, Counsel for Amici Curiae Public Justice Center, Farmworker Justice, Restaurant Opportunity Centers United, REAL Women in Trucking, Service Employees International Union, and Economic Policy Institute

DATED: April 14, 2025.

/s/ Wilson C. Freeman
WILSON C. FREEMAN

Appellants submit this response to Appellees' motion to hold this appeal in abeyance. Appellants continue to believe that the existing rule is causing their business injury; however, considering the resources that would be required to continue briefing a case that will likely be mooted, the Appellants do not oppose the Appellees' motion to hold this case in abeyance. Appellants respectfully request that this Court rule promptly on the Appellees' motion to hold this case in abeyance, or otherwise grant the Appellants' now pending motion for an extension of time to file their reply brief while this motion is pending. Should this Court grant the Appellees' motion, the Appellants request that the Appellees be required to file periodic status reports.

Therefore, Appellants respectfully request the Court grant the motion.

Dated April 9, 2025.

Respectfully submitted,

EDWARD BEDARD
Robbins Alloy Belinfante Littlefield
LLC
500 14th Street, NW
Atlanta, Georgia 30318
Telephone: (404) 856-3263
Fax: (404) 856-3255
ebedard@robbinsfirm.com

/s/ Wilson C. Freeman
WILSON C. FREEMAN
LUKE A. WAKE
SAMANTHA ROMERO
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
wfreeman@pacificlegal.org
lwake@pacificlegal.org
sromero@pacificlegal.org

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

The undersigned counsel of record for the Plaintiffs-Appellants furnishes the following in compliance with F.R.A.P. Rule 32(g):

I hereby certify that this response conforms to the rules contained in F.R.A.P. Rule 27(d)(1) and F.R.A.P. 27(d)(2)(a) for a motion produced with a proportionally spaced font. The length of this motion is 128 words.

DATED: April 9, 2025.

/s/ Wilson C. Freeman
WILSON C. FREEMAN
*Attorney for Plaintiffs-Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2025, I filed the foregoing APPELLANTS' RESPONSE TO APPELLEES' MOTION TO HOLD IN ABEYANCE with the Court via CM/ECF. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

/s/ Wilson C. Freeman
WILSON C. FREEMAN